# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jane Doe, | No. CV-12-00734-TUC-JAS |
| Plaintiff, | **ORDER** |
| v. | |
| United States of America, et al., | |
| Defendants. | |

The Court is in the process of reviewing the filings pertaining to the discovery disputes in this case. To allow the Court to conduct an *in camera* inspection, Defendant shall provide to Chambers three paper copies of both the Recommendation Memo and the Notice of Investigation which are at issue in the current dispute. These paper copies shall be provided to Chambers by no later than 5:00 p.m. on 8/22/14; the Court would prefer to get copies of these documents as soon as practicable.

Dated this 20th day of August, 2014.

Honorable James A. Soto
United States District Judge